374 A.2d 716

Davis, et al. v. Clark (et al., Appellant).

 Argued April 11, 1977. Michael P. Baker, with him Woods & Baker, for appellant; David W. Swanson, with him Swanson, Bevevino and Millin, for appellees.

Decree affirmed.

VAN der VOORT, J., absent.